# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IRA ITSKOWITZ (1),<br>DANIEL WILLIAM REARICK (2),<br>MICHAEL ERMERSON LOPUSZYNSKI (3)<br>JOSEPH JOHN WIDMER (7)<br>JAMES CHARLES QUINN SLATON (8)<br>MARK VICTOR NACHAMKIN (9)<br>PAUL EVAN PERELMAN (10), and<br>MICHAEL WILHELM ENGELHARDT (16),<br><br>　　　　　　Defendants. | CASE NO.　99cr2080 BTM<br>　　　　　　99cr2147 BTM<br>　　　　　　00cr0352 BTM<br>　　　　　　01cr0796 BTM<br>　　　　　　01cr1415 BTM<br><br>**ORDER GRANTING REQUEST TO SUBSTITUTE MARK R. WESTERMAN AND WILLIAM F. WESTERMAN AS PAYEES**<br><br>(Criminal Case No. 99cr2080 BTM) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IRA ITSKOWITZ (1)<br>DANIEL WILLIAM REARICK (2), and<br>MICHAEL EMERSON LOPUSZYNSKI (3),<br><br>　　　　　　Defendants. | (Criminal Case No. 99cr2147 BTM) |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br> v.<br><br>LINDSAY WELLMAN,<br><br>           Defendant. | (Criminal Case No. 99cr0352 BTM) |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br> v.<br><br>TIMOTHY DAVID GRAYSON,<br><br>           Defendant. | (Criminal Case No. 01cr0796 BTM) |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br> v.<br><br>MARC DAVID LEVINE (1),<br>JONATHAN EDWARD SHOUCAIR (2),<br>ROBERT TERRANCE HART (5),<br>EUGENE DONALD EVANGELIST, JR. (7)<br>KENT BOLLENBACH (8),<br>BRENT DOUGLAS MORRIS (9)J<br>JOSEPH ANTHONY MARFOGLIA (11),<br>SYLVAN MORGAN METOYER, III (12),<br>DAVID ZEIDEL DIAMAND (14),<br>JAMES THOMAS RISSMILLER (15),<br>ANDREW MATTHEW CASTRIOTTA (16),<br>MARK ALLEN JACONSKI (17), and<br>RICHARD YORK (20),<br><br>           Defendants. | (Criminal Case No. 01cr1415 BTM) |

   Mark R. Westerman and William F. Westerman have filed a request to be substituted in as restitution recipients in lieu of their deceased mother, Jean V. Westerman. The movants have submitted documentation to the Court establishing that they are the only two beneficiaries to their mother's estate. Accordingly, the Court **GRANTS** their request and

1 | orders that the Clerk of the Court substitute Mark R. Westerman and William F. Westerman
2 | as joint payees on any future disbursements of restitution due to Jean V. Westerman.
3 |     Movants' letter request shall be filed on the public docket.  The attachments to the
4 | letter shall be filed under seal.
5 | **IT IS SO ORDERED.**
6 | DATED:  June 1, 2010

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge